UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| EZRA JOHN ADAMS,<br>　　　Plaintiff,<br>　v.<br>LEROY GARCIA,<br>　　　Defendant. | Case No. 16-cv-7240-NJV (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Docket No. 4 |

Plaintiff filed a pro se civil rights complaint under 42 U.S.C. § 1983, however he did not pay the filing fee or submit a completed application to proceed in forma pauperis ("IFP"). The court notified Plaintiff that he had not paid the filing fee or applied for leave to proceed IFP and granted him twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days have passed and no response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due and the incomplete motion to proceed IFP (Docket No. 4) is **DENIED**. The clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: February 28, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge