UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| EZRA JOHN ADAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>LEROY GARCIA,<br><br>        Defendant. | Case No.  16-cv-7240-NJV (PR)<br><br>**ORDER VACATING PRIOR ORDER, REPOPENING CASE AND TRANSFERING CASE**<br><br>Dkt. Nos. 4, 9 |

The court's order of February 28, 2017, dismissing this case was entered in error. Accordingly, that order is HEREBY VACATED and the Clerk shall reopen the case.

This is a civil rights case brought pro se by a state prisoner.  Plaintiff raises claims regarding property that was seized during his 1988 prosecution in San Diego County Superior Court.  The only defendant is a Sheriff in San Diego County.  San Diego County lies within the venue of the United States District Court for the Southern District of California.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).  This case is **TRANSFERRED** to the United States District Court for the Southern District of California.  *See* 28 U.S.C. § 1406(a).  The motions to proceed in forma pauperis (Docket Nos. 4, 9) are **VACATED** as moot.

      **IT IS SO ORDERED.**

Dated:  February 28, 2017

                                    NANDOR J. VADAS<br>
                                    United States Magistrate Judge